**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **CASE NO. 1:18-CR-54** |
| **v.** | : |
| | : **VIOLATIONS:** |
| **DERINIQUE MORROW,** | : |
| | : **18 U.S.C. § 875(d)** |
| **Defendant.** | : **18 U.S.C. § 2261A(2)(B)** |
| | : |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Interstate Communications with Intent to Extort:
### 18 U.S.C. § 875(d)

On or about July 21, 2017, in the Albany Division of the Middle District of Georgia, the

defendant,

### DERINIQUE MORROW,

knowingly transmitted in interstate commerce from the State of Georgia to the State of

Pennsylvania, with intent to extort from J.G. a thing of value to the defendant, that is, sexual

intercourse, a telephone communication containing a threat to injure the reputation of J.G., in

violation of Title 18, United States Code, Section 875(d).

### COUNT TWO
### Interstate Stalking:
### 18 U.S.C. § 2261A(2)(B)

From on or about July 19, 2017, until on or about July 21, 2017, in the Albany Division of

the Middle District of Georgia, the defendant,

-1-

**DERINIQUE MORROW,**

with intent to harass and intimidate J.G., a person in another state, that is, Pennsylvania, used facilities

of interstate commerce, including electronic communications, to engage in a course of conduct that

caused, attempted to cause, and was reasonably expected to cause substantial emotional distress to

J.G., in violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL.

/s/ Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

Presented by:

CHARLES E. PEELER
UNITED STATES ATTORNEY

By: K. Alan Dasher
Assistant United States Attorney

Filed in open court this ____ day of __November__, 2018.

_____
Deputy Clerk

-2-